IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA VALENCIA,<br><br>   Plaintiff,<br><br>   v.<br><br>PFIZER INC.; VIATRIS INC.; GREENSTONE LLC; PRASCO, LLC d/b/a PRASCO LABS.; PHARMACIA & UPJOHN CO, LLC; and PHARMACIA LLC,<br><br>   Defendants. | Case No. 1:24-cv-01346-HBK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY ACTION<br><br>(Doc. No. 12) |

Plaintiff Mayra Valencia ("Plaintiff") and Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC, Pharmacia LLC, Prasco, LLC d/b/a Prasco Laboratories, Viatris Inc., and Greenstone LLC ("Defendants"), (collectively the "Parties"), filed a joint stipulated motion to stay this action on November 27. 2024. (Doc. No. 12).  The Parties seek a stay of this action pending a determination by the Judicial Panel on Multidistrict Litigation ("JPML") to centralize this and other related Depo-Provera cases.

Accordingly, it is ORDERED:

1. The Parties' joint stipulated motion to stay (Doc. No. 12) is GRANTED.

2. This action shall be stayed until February 15, 2025 or a decision by the JPML on a petition to centralize the above-captioned action in a Multidistrict Litigation, whichever comes sooner.

- 1 -

3. The Parties shall either file a joint status update on February 15, 2025, or if the JPML has denied a petition to centralize this and other actions, Defendants shall have through and until 21 days after the JPML rules to respond to the Complaint.

Dated:  December 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE